## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

_____

**Date: January 30, 2006**

Courtroom Deputy:  Ginny Kramer
Court Reporter: Suzanne Claar

Probation Officer: n/a
Interpreter n/a

_____

**Criminal Case No. 05-cr-00404-REB**            **Counsel:**

UNITED STATES OF AMERICA,                         Guy Till
    Plaintiff,
v.

1. DONALD JASON SKINNER (w)          David Sanderson
2. GREGORY DARIUS DIXON,              Scott Poland
3. RICHARD LEE CLARK (w)              Ken Eichner
4. SANTIAGO MENA-FLORES,              Thomas Ward
5. BENITO GARCIA,                     Robert Berger
6. KENNETH FRANKLIN FUQUA,            Vincent Horn
    Defendant.

_____

### COURTROOM MINUTES
_____

**Hearing: Status Hearing**

**10:30 a.m.   Court in session.**

Appearances of counsel.

Defendants Donald Skinner and Richard Clark and their counsel appearances are waived for this hearing.

Defendant Benito Garcia appears in court on bond.

Defendants Gregory Dixon, Santiago Mena-Flores and Kenneth Fuqua are present in court , in custody.

Opening statements by the court.

Discussion on Defendant's Mena-Flores Motion Request for Leave to Enter Appearance and Substitute.

Defendant Dixon has no objections as to Mr. Nieto to appear as counsel for Defendant Mena-Flores.

**ORDERED:**
1. The Trial Preparation Conference Order, entered by the court on September 21, 2005, (doc.17) is **VACATED.**

2. Government's Motion for Extension of Time to File, filed January 5, 2006, (doc. 44) is **MOOT**.

3. Defendant's Motion Request for Leave to Enter Appearance and Substitute, filed January 10, 2006, (doc. 49) is **GRANTED.** Mr. Thomas Ward is excused as counsel for defendant Santiago Mena-Flores. **Mr. Art Nieto is substituted as counsel, for defendant Santiago Mena-Flores.**

4. That counsel as soon as practicable, shall meet and confer, and shall submit their Proposed Joint Scheduling Order, if any, **by close of business February 22, 2006**. That the Proposed Joint Scheduling Order shall address inter alia, the following: Deadlines for filing motions and responses to timely-filed motions, the setting of a motions hearing setting conference to be conducted telephonically, among the court, counsel for the government, and counsel for the defendants, and a schedule or process by which to schedule this matter for Trial Preparation Conference and trial by jury.

Defendants Gregory Dixon, Santiago Mena-Flores and Kenneth Fuqua are remanded to the custody of the United States Marshal.

Defendant Benito Garcia remains on bond.

**10:47 a.m.   Court in recess.**

*Total court time: 00:17 minutes - hearing concluded*